# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| KEITHA JEFFERSON | § |
| | § |
| | § Civil Action No. 4:13-CV-604 |
| | § (Judge Mazzant/Judge Nowak) |
| v. | § |
| | § |
| FANNIE MAE, MELISSA D. TONN | § |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On July 29, 2016, the report of the Magistrate Judge (Dkt. #109) was entered containing proposed findings of fact and recommendations that Defendant Melissa Tonn's Re-Urged Motion to Dismiss (Dkt. #94) be denied as moot, Defendant Melissa Tonn's Amended Motion to Dismiss for Failure to Comply with Court Orders (Dkt. #97) be granted, and each of Plaintiff's claims against Defendant Melissa Tonn be dismissed with prejudice.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendant Melissa Tonn's Re-Urged Motion to Dismiss (Dkt. #94) be **DENIED AS MOOT**, Defendant Melissa Tonn's Amended Motion to Dismiss for

Failure to Comply with Court Orders (Dkt. #97) be **GRANTED**, and each of Plaintiff's claims against Defendant Melissa Tonn be **DISMISSED** with prejudice.

**IT IS SO ORDERED**.
 **SIGNED this 20th day of September, 2016.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE